IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

Deanna Ward
SSN: 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

    Plaintiff

VS.                            NO. 05-1190

Commissioner of Social Security

    Defendant

## MOTION AND MEMORANDUM FOR ADDITIONAL TIME TO FILE BRIEF

Comes now the plaintiff in the above referenced matter by and through attorney and would respectfully request this Court give attorney an additional 30 days to November 1, 2005 to submit a brief and for cause would show:

1. Attorney's son is home from Iraq on brief leave. Attorney wishes to spend some extra time with him before he must return to Iraq.

2. Attorney is busy with schedule of appearances and Circuit Court in the next few coming weeks.

3. Attorney is scheduled for a week off in latter September for a training program in anticipation of a church mission trip next January.

4. Attorney has spoken with Joe Dycus, attorney for the Social Security Administration who has no objection to this motion.

WHEREFORE premises considered plaintiff would ask:

**MOTION GRANTED**
DATE: 3 October 2005

_____
James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10/3/05

1

1. The Court grant extension to November 1, 2005 to file his brief in support of his complaint.

2. That he be granted such other, further and general relief to which he may be entitled.

Respectfully submitted,

*[signature]*

Barton F. Robison, BPR# 011962
Attorney for Plaintiff
104 W. Washington St.
Paris, TN 38242
(731) 642-8111

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion has been served upon the following by placing same in the U. S. Mail, postage prepaid, this the 28 ~~16~~th day of September, 2005.

Joe A. Dycus –8oo Federal Office Building, 167 N Main Street, Memphis, TN 38103

U.S. Attorney for Western District of Tennessee, POB 2825, Jackson, TN 38302-2825

U.S. Attorney General, Dept. of Justice, 10th and Constitution Ave. Washington DC 20530

Commissioner of Social Security, Room 611, Altmeyer Bldg, 6401 Security Blvd, Baltimore, MD 21235

*[signature]*

Barton F. Robison

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01190 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Barton F. Robison
LAW OFFICES OF BARTON F. ROBISON
104 W. Washington
Paris, TN 38242

Honorable James Todd
US DISTRICT COURT