UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

DEANNA WARD,

    Plaintiff,

v.                                              Civil No. 05-1190

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

ORDER ALLOWING ADDITIONAL TIME TO FILE BRIEF

---

The defendant's motion for additional time to file a brief is granted. The Commissioner shall file a brief by December 28, 2005.

                                                            James D. Todd
                                                            Judge, United States District Court

                                                            Date: 5 December 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/8/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CV-01190 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Barton F. Robison
LAW OFFICES OF BARTON F. ROBISON
104 W. Washington
Paris, TN 38242

Honorable James Todd
US DISTRICT COURT